UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26 CR 111 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA, |
| | ) | JUDGMENT AND REFERRAL TO |
| JASON ROBERTS, | ) | U.S. PROBATION OFFICE |
| | ) | |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Reuben J. Sheperd, regarding the change of plea hearing of Jason Roberts, which was referred to the Magistrate Judge with the consent of the parties.

On March 4, 2026 the government filed a 1 count Indictment, charging Defendant Jason Roberts with Felon in Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g(1) and 924(a)(8). On March 26, 2026 Magistrate Judge James Grimes held an arraignment, at which time Mr. Roberts entered a plea of not guilty to the charges. On July 13, 2026 Magistrate Judge Sheperd received Defendant's plea of guilty to count 1 the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Jason Roberts is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Jason Roberts is adjudged guilty to count 1 of the  Indictment  in violation of Title 18 U.S.C. § 922(g)(1) and 924(a)(8). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be held on October 20, 2026 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 29, 2026

2